**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Cathy Pearson  Date:  July 15, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO.   14-cv-01817-RM-KLM**

| Parties | Counsel |
|---|---|
| CATHERINE BURNS, | Danielle Jefferis |
| SHEILA SCHROEDER, | Darren Jankord |
| MARK THRUN, | David Lane |
| GEOFFREY BATEMAN, | Mari Newman |
| RACHEL CATT, | |
| CASSIE RUBALD, | |
| BREANNA ALEXANDER, | |
| STACY PARRISH, | |
| ANGELA CRANMORE, | |
| JULIANNE DELOY, | |
| KAREN COLLIER, and | |
| DENISE LORD, | |

    Plaintiffs,

v.

| | |
|---|---|
| JOHN W. HICKENLOOPER, JR., | Jack Finlaw, Jr. |
| | Benjamin Figa |
| JOHN SUTHERS, | Michael Francisco |
| | |
| PAM ANDERSON, and | David Wunderlich |
| | Writer Mott |
| | |
| DEBRA JOHNSON, | Evan Lee |
| | Wendy Shea |

    Defendants.

**COURTROOM MINUTES**

**STATUS CONFERENCE**
**COURT IN SESSION**:        1:53 p.m.
Court calls case. Appearances of counsel.  Various plaintiffs are present.

Discussion held regarding the status of the case and pending motions.

**ORDERED:**  Plaintiffs' Partially Unopposed Motion to Dismiss Party Defendant Debra Johnson (Doc. 33, filed 7/11/14) is GRANTED.  Defendant Debra Johnson is **DISMISSED**.

Evan Lee and Wendy Shea are excused from the remainder of this hearing (2:02 p.m.).

**ORDERED:**  In light of the ruling on the Partially Unopposed Motion to Dismiss (Doc. 33), Defendant Debra Johnson's Joinder in Motion to Stay Proceedings and Non-opposition to Stipulated Preliminary Injunction (Doc. 19, filed 7/2/14) is denied as moot.

**ORDERED:**  The Unopposed Motion for Expedited Status Conference is GRANTED. The hearing is being held today.

Discussion held regarding Plaintiffs' Motion for Preliminary Injunction (Doc. 8, filed 7/1/14), Defendants' Motion to Stay Proceedings and Non-opposition to Proposed Preliminary Injunction (Doc. 16, filed 7/2/14), and the issue of bond.

**ORDERED:  By 3:00 p.m. on July 18, 2014,** Defendants shall file written responses, individual or collective, to Plaintiffs' reply to Defendants' Motion to Stay Proceedings and Non-opposition to Proposed Preliminary Injunction.

**ORDERED:**  The Court will hold a hearing on Defendants' Motion to Stay on **July 22, 2014, at 1:30 p.m.**

The Court will issue a separate written order on Plaintiffs' Motion for Preliminary Injunction.

**COURT IN RECESS**:        2:24 p.m.
**Total in court time**:        00:31
**Hearing concluded**