**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Cathy Pearson         Date:  July 22, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO.   14-cv-01817-RM-KLM**

| Parties | Counsel |
|---|---|
| CATHERINE BURNS, | Danielle Jefferis |
| SHEILA SCHROEDER, | Darren Jankord |
| MARK THRUN, | David Lane |
| GEOFFREY BATEMAN, | Mari Newman |
| RACHEL CATT, | |
| CASSIE RUBALD, | |
| BREANNA ALEXANDER, | |
| STACY PARRISH, | |
| ANGELA CRANMORE, | |
| JULIANNE DELOY, | |
| KAREN COLLIER, and | |
| DENISE LORD, | |

    Plaintiffs,

v.

| | |
|---|---|
| JOHN W. HICKENLOOPER, JR., | Jack Finlaw, Jr. |
| | Benjamin Figa |
| JOHN SUTHERS, | Michael Francisco |
| | Kathryn Starnella |
| PAM ANDERSON, and | David Wunderlich |
| | Writer Mott |

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING
COURT IN SESSION**:     **1:29 p.m.**

Court calls case. Appearances of counsel.  Various plaintiffs are present.

Argument given and discussion held regarding Defendants' Motion to Stay Proceedings and Non-Opposition to Proposed Preliminary Injunction (Doc. 16, filed 7/2/14).

Ms. Newman presents proffer regarding the testimony of two witnesses, if they were called to testify today.

2:45 p.m.     Court in recess.
2:55 p.m.     Court in session.

Continued argument and discussion regarding  Defendants' Motion to Stay Proceedings and Non-Opposition to Proposed Preliminary Injunction (Doc. 16, filed 7/2/14).

**The Court takes the motion under advisement.**

**COURT IN RECESS**:     **3:10 p.m.**
**Total in court time**:     **1:31**
**Hearing concluded**