# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01817-RM-KLM

CATHERINE BURNS, et al.

   Plaintiffs,

   v.

JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado; et al.

   Defendants.

## STATUS UPDATE AND
## DEFENDANTS' JOINT, <u>UNOPPOSED</u> MOTION TO MAKE PRELIMINARY INJUNCTION PERMANENT

    The parties have all conferred on this status update and Defendant's unopposed motion to make the preliminary injunction permanent.

    **Procedural Background.** This Court issued a preliminary injunction on July 23, 2014. The Attorney General appealed that Order and obtained a stay from the Tenth Circuit pending final resolution of the *Herbert v. Kitchen* and *Smith v. Bishop* in the U.S. Supreme Court. The U.S. Supreme Court denied both petitions for certiorari on October 6, 2014. That same day the parties jointly moved to dismiss the appeal in the Tenth Circuit and have the stay dissolved. The Tenth Circuit granted the motion, dissolved the stay, and issued the mandate the following day, October 7, 2014. This Court requested a status report to be filed on or before October 14, 2014. Similar proceedings dissolved stays issued by the Colorado Supreme Court and dismissed pending appeals in state court.

    **Request to make injunction permanent and enter final judgment**. Because of the United States Supreme Court denied certiorari in

*Herbert v. Kitchen, et al.*, and *Smith v. Bishop,* both issued on October 6, 2014, the Colorado Attorney General and other Defendants move to have the preliminary injunction made permanent, thus resolving Plaintiffs' claims for relief in this case. The motion to convert the injunction is unopposed. The parties request a final judgment enter in the case pursuant to Fed. R. Civ. P. 54.

Nothing in this motion is intended to compromise any request for costs and fees under 42 U.S.C. § 1988.

Respectfully submitted this 14th day of October, 2014.

JOHN W. SUTHERS
Attorney General


s/ Michael Francisco
MICHAEL FRANCISCO
Assistant Solicitor General

KATHRYN A. STARNELLA*
Assistant Attorney General
Attorneys for John Suthers, in his
official capacity as Attorney General of
Colorado

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6551; 720-508-6176
E-Mail: michael.francisco@state.co.us;
kathryn.starnella@state.co.us
*Counsel of Record

JEFFERSON COUNTY ATTORNEY
ELLEN G. WAKEMAN


By: */s/ Writer Mott*
Writer Mott
David Wunderlich
Assistant County Attorneys
100 Jefferson County Parkway, Suite 5500
Golden, CO 80419
Telephone:  303-271-8932
Email:  wmott@jeffco.us; dwunderl@jeffco.us


GOVERNOR'S OFFICE OF LEGAL COUNSEL


By: */s/ Jack Finlaw*
Jack Finlaw, Chief Legal Counsel

Benjamin Figa, Deputy Legal Counsel
Office of Governor John W. Hickenlooper, Jr.
121 State Capitol
Denver, CO 80203
Telephone: (303) 866-6390
Fax: (303) 866-6399
jack.finlaw@state.co.us
ben.figa@state.co.us
Attorneys for Defendant John W. Hickenlooper, Jr.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 14, 2014, I served a true and complete copy of the foregoing on all counsel of record through electronic filing using the Court's CM/ECF filing system.

s/ Michael Francisco