# Debra Sebastian

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, July 01, 2014 9:37 AM
**To:** Debra Sebastian
**Subject:** Pay.gov Payment Confirmation: COD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the court you paid at your earliest convenience.

Application Name: COD CM ECF
Pay.gov Tracking ID: 25GF71LR
Agency Tracking ID: 1082-3937535
Transaction Type: Sale
Transaction Date: Jul 1, 2014 11:37:25 AM

Account Holder Name: Darold Killmer
Transaction Amount: $400.00
Billing Address: 1543 Champa Street
Billing Address 2: Suite 400
City: Denver
State/Province: CO
Zip/Postal Code: 80202
Country: USA
Card Type: MasterCard
Card Number: ************2218

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

**Debra Sebastian**

**From:** Jesse Askeland
**Sent:** Tuesday, August 12, 2014 11:09 AM
**To:** Debra Sebastian
**Cc:** Mari Newman; David Lane; Darren Jankord; Danielle Jefferis; Jamie Akard
**Subject:** Amendment 43 - Check for Transcript

Debbie – Can I get a check cut to:

Tammy Hoffschildt
901 19th Street Rm A251
Denver, CO 80294

In the amount of $57.60 for a transcript in the Amendment 43 (marriage equality) case? Thanks!

*Jesse*

**KILLMER, LANE & NEWMAN LLP**  21189

Tammy Hoffschildt  8/12/2014
6440 · Client Expenses  Transcript Amend 43  57.60

CBB New Operating   Transcript Amend 43  57.60

PRODUCT SSLT103   USE WITH 91663 ENVELOPE

# Statement

Killmer, Lane & Newman, LLP  
1543 Champa Street, Suite 400  
The Odd Fellows Hall  
Denver, CO 80202

| | Date |
|---|---|
| | 11/3/2014 |

To:

| | Amount Due | Amount Enc. |
|---|---|---|
| | $566.68 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/03/2012 | Balance forward | | 0.00 |
| 09/30/2014 | Amendment 43-<br>INV #20223.<br>--- Copies, 195 @ $0.12 = 23.40<br>--- Copies, 427 @ $0.12 = 51.24 | 74.64 | 74.64 |
| 10/21/2014 | INV #20200.<br>=== Reimb Group<br>--- Amendment 43 filing $400.00<br>--- Transcript Amend 43 $57.60<br>=== Total Reimbursable Expenses $457.60 | 457.60 | 532.24 |
| 10/27/2014 | INV #20207.<br>--- Copies, 287 @ $0.12 = 34.44 | 34.44 | 566.68 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 492.04 | 74.64 | 0.00 | 0.00 | $566.68 |