IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-1817-RM-KLM

KATHERINE BURNS, *et al.*,

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, JR., in his official capacity as the Governor of Colorado, *et al.*,

      Defendants.

---

### NOTICE OF SETTLEMENT

---

      Defendants John Hickenlooper, Jr. and John Suthers, by and through the Office of the Colorado Attorney General, submit the following Notice of Settlement of Plaintiffs' claims for attorney fees and expenses.

    1.  On November 10, 2014, Plaintiffs submitted a Motion for Attorney Fees and Expenses [doc. #68].  A response to the motion is due on December 1, 2014.

    2.  The parties, including defendant Pam Anderson, have reached a settlement concerning Plaintiffs' claims for attorney fees and costs. Because the parties have settled all outstanding claims for Plaintiffs' claimed attorney fees and costs, Defendants will not be filing a response to the Motion.

    3.  Plaintiffs' counsel has requested that the settlement not be finalized, and payment not be made, until 2015.   Accordingly, the undersigned anticipates that the parties will submit dismissal documents to the Court in mid to late January, 2015.

Respectfully submitted this 1st day of December, 2014.

JOHN W. SUTHERS
Attorney General

*s/ Kathleen L. Spalding*
KATHLEEN L. SPALDING*
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
Attorney for John W. Hickenlooper, Jr., and
  John W. Suthers

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6634
FAX:  720-508-6032
E-Mail:  kit.spalding@state.co.us
*Counsel of Record

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 1, 2014, I served a true and complete copy of the foregoing Notice of Settlement upon all counsel of record through electronic filing using the Court's CM/ECF filing system.

<em>s/ Kathleen Spalding</em>