# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01817-RM-KLM

CATHERINE BURNS;
SHEILA SCHROEDER;
MARK THRUN;
GEOFFREY BATEMAN;
RACHEL CATT;
CASSIE RUBALD;
BREANNA ALEXANDER;
STACY PARRISH;
ANGELA CRANMORE;
JULIANNE DELOY;
KAREN COLLIER; and
DENISE LORD;

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado;
JOHN SUTHERS, in his official capacity as Attorney General of Colorado; and
PAM ANDERSON, in her official capacity as Clerk and Recorder for Jefferson County;

    Defendants.

---

## STIPULATION FOR DISMISSAL
---

The parties, by and through their respective undersigned counsel of record, hereby stipulate to dismiss this action **WITH PREJUDICE**, and state as follows:

    1.    On July 23, 2014, Plaintiffs' Motion for Preliminary Injunction [Doc. 8] was granted and Defendants were enjoined from enforcing or applying Article II, Section 31 of the Colorado Constitution and C.R.S. §§ 14-2-104(1)(b) and 14-2-104(2).

    2.    On October 17, 2014, this Court entered an Order issuing a permanent injunction, and issued Final Judgment on October 20, 2014. [Docs. 63 & 64].

3. On January 6, 2015, the parties negotiated a settlement of the attorney fees and costs in this case, which payment has now been satisfied.

4. At this time, the parties jointly agree to dismiss the case with prejudice pursuant to Fed.R.Civ.P. 41(a).

**WHEREFORE**, the parties respectfully request this Court to dismiss this action **WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(a).

Respectfully submitted this 27th day of January 2015.

BY THE PARTIES:

*s/ Mari Newman*
_____
Mari Newman
David A. Lane
Danielle C. Jefferis
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
mnewman@kln-law.com
dlane@kln-law.com
djefferis@kln-law.com

*Attorneys for Plaintiffs*

*s/ Benjamin Figa*
_____
Stephanie Donner
Chief Legal Counsel
Benjamin Figa
Deputy Legal Counsel
Office of Governor John W. Hickenlooper
121 State Capitol
Denver, Colorado 80203
ben.figa@state.co.us

*Counsel for John Hickenlooper*

*s/ Kathryn A. Starnella*
_____
Cynthia H. Coffman
Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Cynthia.coffman@state.co.us

Kathryn A. Starnella
Assistant Attorney General
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
kathryn.starnella@state.co.us

*Counsel for John Suthers*

*s/ Writer Mott*
_____
Ellen Wakeman
Jefferson County Attorney
Writer Mott
100 Jefferson County Pkwy., Ste. 5500
Admin and Courts Facility
Golden, CO 80419
ewakeman@jeffco.us
wmott@jeffco.us

*Counsel for Jefferson County*