**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01817-RM-KLM

CATHERINE BURNS;
SHEILA SCHROEDER;
MARK THRUN;
GEOFFREY BATEMAN;
RACHEL CATT;
CASSIE RUBALD;
BREANNA ALEXANDER;
STACY PARRISH;
ANGELA CRANMORE;
JULIANNE DELOY;
KAREN COLLIER; and
DENISE LORD;

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado;
JOHN SUTHERS, in his official capacity as Attorney General of Colorado; and
PAM ANDERSON, in her official capacity as Clerk and Recorder for Jefferson County,

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL**

---

    This matter comes before the Court on the parties' Stipulation for Dismissal filed January 27, 2015 (ECF No. 74) advising they have settled the issue of attorney fees and costs, and requesting the case be dismissed with prejudice. The Court, having reviewed the Stipulation and being fully advised, hereby ORDERS as follows:

    That the Plaintiffs' Motion for Attorneys' Fees and Expenses (ECF No. 68) is DENIED as moot; and

2

That the parties' Stipulation for Dismissal (ECF No. 74) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE.

Dated this 28th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge